JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GINA AGUIRRE, in her individual and representative capacity as trustee; NEFTALI MENDOZA RAMIREZ; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-01447-PA-SS<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 9, 2016     _____
　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE